I to g

JUL 8 2024 PM12:35
FILED - USDC - FLMD - OCA

United States District Court
Middle District of Florida

CIVIL NO.

JEAN EROLE OSCAR                    CASE NO. 13-CR-20561-SCOLA, JR

  Petitioner/Plaintiff        5:24-CV-332-KKM-PRL

v.

USA Olympic

  Defendants.

# Notice of Civil Action Against USA Olympic

## Memorandum of Law

### Introduction:

(Secretary) Ms. Soloman accept moneys from a young (Gymnastics) Ms. Simon and her accomplice teammates that part of USA Olympic have hire her and her accomplice officers that work at FCC Coleman USP 2, have murder that sex offender who was put in prisonment for 15 years-life sentence for being accuse of rapping those Gymnastics girl's for money's which this individuals accepted the intent to murder that sex offender who in challenge program / RDAP by in envy inmates which (secretary) Ms. Soloman obligated him "pussy claim" and "money's". Even, officer Mr. Soloman was involve this "illegal criminal activities" in prison.. And I could be the next victim who witness this serious crime for filing this civil action which I requested "class action" for me and that sex offender that got murder by envy inmate on the compound with those

SAME STAFF MEMBERS AND OFFICERS THAT INVOLVE IN MURDERING THAT INMATE.

## Victim/Witness:

I (INMATE) JEAN ERDIE OSCAR ARE THE VICTIM AND WITNESS DUE TO MY PSYCHIC POWER ABILITIES.

(SECRETARY) MS. SOLOMAN ARE WITNESS OF BEING INVOLVE OF MURDER THAT SEX OFFENDER FOR MONEY'S.

(CASE MANAGER) MS. D. MURTHA ARE THE WITNESS THAT KNEW ABOUT THIS "ILLEGAL CRIMINAL ACTIVITIES" ON THE COMPOUND BUT WAS AWARE OF WHO DID IT.

## Request:

I (INMATE) JEAN ERDIE OSCAR REQUEST " DOJ POLYGRAPHY TEST PROGRAM STATEMENT 5140.04 — TO TESTIFY ON THE BEHALF OF THAT SEX OFFENDER AGAINST THOSE USA Olympic

## Prayer for Relief

DEMANDED "MURDER" UNDER LYNCH LAW BY MOB ACTION WITHOUT LEGAL SANCTION OR DUE PROCESS OF LAW WHICH THEY AIN'T OBLIGATED NO "FREEDOM". UNLESS OTHERWISE? " PROPOSITION AND INDUCEMENT ME A.S.A.P. DEMANDED MONEY DAMAGE OF $2,000,000.00 EACH INDIVIDUAL'S THAT PART OF THAT MURDER CRIME'S.

7 to 4

# United States District Court
# Middle District of Florida

Civil No.

JEAN ERULE OSCAR          CASE NO. 13-CR-20561-SCOLA, JR.

PETITIONER/ PLAINTIFF

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY et. al.,

DEFENDANTS.

# SUPPLEMENT STATEMENT

## Memorandum of Law

### Introduction:

THIS IS A STAMINATE STALEMATE STATEMENTS OF TRUE FACTS BECAUSE RACIST DISCRIMINATION AGAINST ME (HAITIAN NATIONALITY) THAT BECOME THE STAMINA OF I JEAN ERULE OSCAR LIFE STYLE IN PRISON WHERE I'LL WILL AND SPIRITUAL ILL HEALTH OCCUR BY FEDERAL GOVERNMENT WORKER WHO IS MALE AND FEMALE STAFF MEMBERS AND OFFICERS AND ENVY INMATES WRONGFUL ACT OF MANILUPATION, DURESS AND COERCION AND INTIMIDATION TO DO MURDERS, MASTURBATION, ILLEGAL SEXUAL RELATIONSHIP WITH EACHOTHER WITHOUT THEIR SPOUSE NOTICE'S, ILLEGAL MARRIAGE WITHIN THEIR FAMILY'S CIRCLE, SELLING ILLEGAL K2 DRUGS TO ENVY INMATES, ILLEGAL PROSTITUTION EVEN WITH MINOR'S IN PRISON/OUTSIDE PRISON, ILLEGAL CHILD PORNOGRAPHY WITH EACHOTHER FAMILY, INCESTUOUS

ADULTERYS AND ADULTERYS AND AIDING ENVY INMATE ESCAPE FROM PRISON CAUSE ILLEGAL SEXUAL RELATIONSHIP WITH EACH OTHER AND MORE HAVE BEEN DONE TO EACH OTHER FOR "MONEYS" AND "PUSSY CLAIM" AND "POWER" SINCE I JEAN EROLE OSCAR BECOME THE VICTIM AND WITNESS OF THIS WRONGFUL HORRORIBLE ACT. EVEN, LEGAL MALPRACTICE, BUSINESS MALPRACTICE AND MEDICAL MALPRACTICE AND FALSE IMPRISONMENT JUST TO PSYCHOLOGICALLY, PHYSICALLY, MEDICALLY AND MENTALLY DESTORY I JEAN EROLE OSCAR REPUTATION AND OCCUPATION BY HAVING THIS ENVY INMATES TO ACT LIKE ME TO DECEIVE ME AND THE UNITED STATES OF AMERICA BY THOSE MALE AND FEMALE STAFF MEMBERS AND OFFICERS WRONGFUL ACT OF AIDING AND ABETTING THOSE ENVY INMATES EXCEPT ME. THIS INDIVIDUALS COPIES I JEAN EROLE OSCAR PAPERWORKS AND DOCUMENTS UNDER SEAL AND UNDER COPYRIGHTS JUST TO FALSIFY ACCUSE ME OF DOING "ILLEGAL CRIMINAL ACTIVITIVES" EVEN JUST TO TAKE ADVANTAGE OF JEAN EROLE OSCAR OPPORTUNITIES BY MALE AND FEMALE STAFF MEMBERS AND OFFICERS AND/WITH ENVY INMATES WHILE I JEAN EROLE OSCAR IS IN ILLEGAL CUSTODY OF FBOP AND AUSA WHO IS I JEAN EROLE OSCAR, THAT WRITTING THIS SELF-AUTHENTICATION PAPERS JUST TO TELL THOSE THAT LISTEN TO ME AND HOW I FEEL ABOUT LYNCH THEM INDIVIDUAL'S TO PUT TO DEATH BY ANGRY MOB ACTION AGAINST THOSE MALE AND FEMALE STAFF MEMBERS AND OFFICERS AND ENVY INMATES THAT AGAINST I JEAN EROLE OSCAR UNDER LYNCH LAW WHICH I DEMAND U.S. DISTRICT COURT AND STATE COURTHOUSE SUCH AS JUDGE'S, CLERKS, FBIS, LAW ENFORCEMENT AND CIA'S TO OVERTHROW THIS FCC COLEMAN USP 1, 2, MEDIUM, CAMP FIRE AND OTHER FEDERAL PRISONS THAT DOING THE SAME THANG JUST TO

TEACH FEDERAL GOVERNMENT EMPLOYERS AND EMPLOYEES IN EVERY STATES NOT TO COMMIT THIS SEXUAL OFFENSE: RAPE, INCEST, CARNAL KNOWLEDGE et. al., BY VIOLATING CRIMINAL LAW, STATE LAW, AND FEDERAL LAW THAT PROHIBIT THIS SERIOUS CRIME IN UNITED STATES OF AMERICA EVEN WHEN PROGRAM STATEMENT STATED THE SAME THAT PROHIBIT FEDERAL GOVERNMENT EMPLOYERS AND EMPLOYEE'S TO HIRE FEDERAL EMPLOYEE'S THAT HIDE THEIR HEIR AND THEIR CULTURE "KKK" AND "SEXUAL OFFENSE" COMMITTED WITH THEIR FAMILY CIRCLE CAUSE THEY ARE PROMOTING THIS TO INDIVIDUALS TO DO THE SAME THOUGH AND TO STOP PROMOTING HIV POSITIVE DISEASE'S, TAPE WORMS NO MATTER YOUNG OR OLD MISERABLE SINGLE / COUPLE'S THAT PLAN TO DESTORY WEALTHY FAMILY MATTER AND TO STOP PROTAINED YA'LL IS ME JUST TO DISCREDIT MY DOWNFALL AND MY ARGUMENTS CAUSE EVERYBODY IS WANNA BE, HATING ON ME WHO IS JEAN EROLE OSCAR, THAT SINGLE, THAT HAITIAN, THAT FROM MIAMI-DADE IN STATE OF FLORIDA BECAUSE I AM INNOCENCE INDIVIDUAL IN PRISON WHO BASICALLY USING COMMERCIAL LAW, BARBARRIAN LAW AND PRELIMINARY LAW AS A SELF-REPRESENTATIVE UCC PER SE LAWYER THAT PRACTICE LAW'S WHICH HAVE PREJUDICE THOSE PEOPLE WHO INTENT TO COMMIT "ILLEGAL CRIMINAL ACTIVITIES" SUCH FRAUD AGAINST ME CAUSE I AM "GUKU" GOD OF UNIVERSE WHO IS I JEAN EROLE OSCAR, THAT PROCLAIMING HIS 13th AND 14th AMENDMENT RIGHTS TO PROCLAIM AND RECAPTURE MY BODY, SOUL, MIND, PERSONALITYS, PROPERTYS, LANDS, ESTATES FROM THE "NON-AMERICAN" OF 15th AMENDMENTS RIGHT TO HIRE OR SLAVE WHOEVER IN UNITED STATES OF AMERICA UNDER THEIR ENACTED "ADMINISTRATIVE LAW" THAT PROHIBIT FEDERAL EMPLOYERS AND EMPLOYEES DUE PROCESS RIGHTS, ARTICLE VI AND IN THE 14th AMENDMENT

WHICH THEY DID IT WITHOUT ACT OF CONGRESS WHICH MY STATEMENTS OF 1st AMENDMENT AND 5th AND 6th AMENDMENT RIGHTS UNDER TEAGUE DOCTRINE AND UNDER MY TRAVERSE REQUIREMENT OF PROPOSITION, INDULGEMENT AND VERITIFICATION OR DENIAL OF ALL FACTS ON THE OPPOSING PARTY'S PLEADING BY ME WHO WILL JUDGE THOSE WHO GUILTY OR INNOCENCE (DOC. 25)(3rd. Cir. 2020) HAVE BECOME TO COMPEL THROUGH THE POSITIVE LAW TO ENFORCE AND TO BRING ATTENTION TO THOSE THAT COMMIT SERIOUS CRIME AGAINST THOSE INNOCENCES PEOPLE BY LAW ENFORCEMENT WHO ABUSE THEIR AUTHORITY AGAINST US WHO BELIEVE IN ME COULD CHANGE THE WORLD BECAUSE I AM GOD OF UNIVERSE "GWEN" WHICH WHO I AM JEAN ERILE OSCAR THAT WILL CROSS-EXAMINATION UNITED STATES GOVERNMENT RACIST DISCRIMINATION THAT STILL ON SOME SLAVE IMMORTALITY SUBJECT MATTER WHICH THEY PRESENTING EVERYDAY IN THEIR DAILY LIFE, HAVE BECOME PRENUPTIAL AGREEMENT BY OFFERING ME PRIVILEGE AND THE OPPORTUNITIES TO ENTER IN THEIR FAMILY CIRCLE CONTRACTS DUE TO THE SEXUAL OFFENSE WHICH THIS FEDERAL GOVERNMENT EMPLOYERS AND EMPLOYEES.

DATE: 07/14/2020

RESPECTFULLY SUBMITTED BY
* Oscar, Jean E.
OSCAR, JEAN E. #: 01746-104
FCC COLEMAN USP 2
P.O. BOX 1034
COLEMAN, FL 33521
UCC PRO SE LAWYER
CANCISTEJOA@Gmail.com

Craig, Jean R. #: 0786-134
Federal Correctional Complex
Coleman USP2
P.O. Box 1034
Coleman, FL 33521

Legal mail.

United States District Court
Middle District of Florida
Office of the Clerk
207 NW Second Street, Room 337
Ocala, Florida 34475-6666

SCREENED BY USMS

TAMPA FL 335
SAINT PETERSBURG FL
5 JUL 2024 PM 7 L

FREEDOM FOREVER / USA